No. 364. BACON *v.* NORTHERN PACIFIC RY. CO. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr.*

*H. Lowndes Maury* for petitioner.   *Mr. M. S. Gunn* for respondent.

